

_____
**PAUL MANNES
U. S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.    08-12276pm |
| WILLIAM TWUMASI | * | Chapter    13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.

cc:    Counsel for Debtor(s) - Charles L. Wardell
       Debtor(s)
       Trustee
       U.S. Trustee

Fee-11.10  -  3/8/01 -- mlz

**End of Order**